IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY RENEE ECKENRODE,<br>   *now known as*<br>ASHLEY RENEE RITTENOUR,<br><br>       Plaintiff,<br><br>       v.<br><br>MARTIN O'MALLEY,<br>*Commissioner of Social Security*,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-2113<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

AND NOW, this 22nd day of May, 2024, the Court having granted Defendant's Uncontested Motion to Remand, and having remanded the matter to the Commissioner of Social Security,

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                                            s/Alan N. Bloch
                                            United States District Judge

ecf:        Counsel of record